## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**SHELIA ANN WARE**                                                                                    **PLAINTIFF**

**V.**                                  **CASE NO.: 4:14CV00003 BD**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                                        **DEFENDANT**

### JUDGMENT

In accordance with the Court's memorandum opinion and order filed this day, it is

CONSIDERED, ORDERED, and ADJUDGED that the final opinion of Carolyn W.

Colvin, Acting Commissioner of the Social Security Administration, is remanded for

reconsideration consistent with the Court's opinion.  This is a "sentence four" remand

within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Judgment is entered in favor of the Plaintiff.

So ordered, this 11th day of August, 2014.


_____
UNITED STATES MAGISTRATE JUDGE